# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:14CR324** |
| vs. | |
| **FERNANDO NEVAREZ CARREON,** | **ORDER** |
| Defendant. | |

This matter is before the Court on the Defendant's two motions seeking appointment of counsel, ECF Nos. 115 and 116. Both motions were prepared before the Court's Memorandum and Order of April 24, 2020, ECF No. 114, addressed the Defendant's first request for compassionate release and denied the request, without prejudice to resubmission following exhaustion of administrative remedies.

Accordingly,

IT IS ORDERED:

1. The Defendant's Motions for Appointment of Counsel, ECF Nos. 115 and 116, are denied without prejudice to resubmission following exhaustion of administrative remedies as directed in the Court's previous Memorandum and Order, ECF No. 114; and
2. The Clerk will mail a copy of this Order to the Defendant at his last known address.

Dated this 4th day of May 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge